# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128668

REYNALDO C. VARGAS,
          Plaintiff-Appellee,

v

KAYDON CORPORATION and TRAVELERS
INSURANCE COMPANY,
          Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128668
COA: 259645
WCAC: 03-000370

On order of the Court, the application for leave to appeal the April 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

t1024